**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00197-CR

**GREGORY MOSES GUAJARDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-11828-M**

## ORDER

The Court **GRANTS** court reporter Belinda Baraka's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Baraka to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.


/s/     ADA BROWN
           JUSTICE